1
2
3
4
5

# UNITED STATES DISTRICT COURT

6

## DISTRICT OF NEVADA

7  MANUEL RAMOS-RODRIGUEZ,                    )
                                            )        Case No. 2:15-cv-01212-GMN-NJK
8                          Plaintiff,        )
                                            )        **ORDER**
9  vs.                                       )
                                            )        (IFP App - Dkt. #1)
10  LAS VEGAS METROPOLITAN POLICE            )
    DEPARTMENT, et al,                       )
11                                           )
                           Defendants.       )
12  _____ )

13

14        Plaintiff Manuel Ramos-Rodriguez is proceeding in this action *pro se*, has requested authority

15  pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis,* and submitted a Complaint (Dkt. #1) on June

16  11, 2012.  This proceeding was referred to this court by Local Rule IB 1-9.

17        Plaintiff has submitted the affidavit required by § 1915(a) showing an inability to prepay fees and

18  costs or give security for them.  However, he must include a recent (within the past six months) signed

19  financial certificate by an authorized officer of the institution in which he is incarcerated, a certified copy

20  of his inmate trust account statement, and a signed financial affidavit as required by 28 U.S.C. §1915(a)(2)

21  and LSR 1-2.  Plaintiff has failed to do so.

22        Accordingly,

23        **IT IS ORDERED:**

24        1.     Plaintiff's Application to Proceed *In Forma Pauperis* is DENIED WITHOUT PREJUDICE.

25        2.     Plaintiff shall file a new Application to Proceed *in Forma Pauperis*, accompanied by a

26               recent (within the past six months) signed and executed financial certificate, a signed and

27               executed financial affidavit, and a certified statement of his inmate trust account.

28        3.     The Clerk of the Court shall send Plaintiff a blank application form for incarcerated litigants

                 with instructions.

4.   Alternatively, Plaintiff shall make the necessary arrangements to pay the filing fee of three hundred fifty dollars accompanied by a copy of this order.

5.   Plaintiff must comply with this order no later than July 27, 2015.  Failure to comply will result a recommendation to the District Judge that this case be dismissed for failure to comply with this order.

Dated this 26th day of June, 2015.


NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

2