1

2

3

4

5

6

7

8

9               **UNITED STATES DISTRICT COURT**

10                    **DISTRICT OF NEVADA**

11  MANUEL RAMOS-RODRIGUEZ,                    )
                                               )
12            Plaintiff,                       )
                                               )
13       v.                                    )          2:15-cv-01212-GMN-NJK
                                               )
14  LAS VEGAS METROPOLITAN POLICE              )          (Amending Docket No. 6 at 2)
    DEPARTMENT, et al.,                        )
15                                             )
              Defendants.                      )
16  _____)

17        Pending before the Court is Plaintiff Manuel Ramos-Rodriguez's third application to proceed

18  in this action *in forma pauperis*. Docket No. 5.  Previously, Plaintiff filed an incomplete application.

19  Docket No. 1.  On June 26, 2015, the Court ordered that Plaintiff had until July 27, 2015, to file a

20  renewed application accompanied by a signed financial certificate, a signed financial affidavit, and a

21  certified statement from his inmate trust account for the previous six months.  Docket No. 2.

22        On July 21, 2015, Plaintiff filed a renewed application to proceed *in forma pauperis*, which was

23  also incomplete.  Docket No. 3.  On July 29, 2015, the Court ordered that Plaintiff had until August 28,

24  2015, to file a fully complete application accompanied by a signed financial certificate, a signed financial

25  affidavit, and a certified statement from his inmate trust account for the previous six months.  Docket

26  No. 4.  Plaintiff has now complied.  *See* Docket No. 5.

27        Plaintiff must pay an initial partial filing fee of the greater of twenty percent of the average

28  monthly deposits or twenty percent of the average monthly balance of his account for the six months

    immediately preceding the commencement of this action.  *See* 28 U.S.C. § 1915(b)(1).  Plaintiff's

average monthly balance is $23.28, and his average monthly deposit is $21.66.  Therefore, the Court finds that Plaintiff must pay an initial partial filing fee of $4.66.  Once Plaintiff pays his initial partial filing fee, the Court will screen his Complaint pursuant to 28 U.S.C. § 1915A(a).

Accordingly,

**IT IS ORDERED:**

1.    Plaintiff's Application to Proceed *in Forma Pauperis* (Docket No. 5) without having to prepay the full filing fee is **GRANTED**.  However, Plaintiff shall be required to pay an initial installment fee in the amount of $4.66 toward the full filing fee of $350. Plaintiff shall have the designated fee sent to the Clerk of the Court no later than **February 12, 2016**.  Failure to do so may result in dismissal of this action.  Furthermore, even if this action is dismissed, the full filing fee must still be paid pursuant to 28 U.S.C. § 1915(b)(2).  If Plaintiff pays his initial partial filing fee no later than February 12, 2016, the Court will screen his Complaint pursuant to 28 U.S.C. § 1915A(a).

2.    Plaintiff is permitted to maintain this action to conclusion without the necessity of prepayment of any additional fees or costs or the giving of security therefor.  This Order granting *in forma pauperis* status shall not extend to the issuance of subpoenas at government expense.

3.    The Clerk of the Court shall provide Plaintiff with two copies of this Order.  Plaintiff is ordered to make the necessary arrangements to have one copy of this Order attached to the check in the amount of the designated fee.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

4.     Pursuant to 28 U.S.C. § 1915(b)(2), the Clark County Detention Center shall forward to the Clerk of the United States District Court, District of Nevada, twenty percent of the preceding month's deposits to Plaintiff's inmate trust account (in the months that the account exceeds $10.00) until the full $400 filing fee has been paid for this action. The Clerk of the Court shall send a copy of this Order to the Finance Division of the Clerk's Office. The Clerk shall also send a copy of this Order to the attention of the inmate accounts department at the Clark County Detention Center, 330 South Casino Center Boulevard, Las Vegas, Nevada 89101.

IT IS SO ORDERED.

DATED: February 4, 2016

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE