UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MANUEL RAMOS-RODRIGUEZ,<br><br>            Plaintiff,<br><br>      v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>            Defendants. | Case No. 2:15-cv-01212-GMN-NJK<br><br>**ORDER** |

**I.    DISCUSSION**

On January 18, 2017, the Court issued a screening order dismissing with leave to amend Plaintiff's claims against the Las Vegas Metropolitan Police Department and University Medical Center ("UMC"), and permitting Plaintiff's Fourth and Fourteenth Amendment claims against Defendants Beck, Escartin, Holloway, Laurenco, Rich, Porter, and Thomas (the "individual defendants") to proceed. Docket No. 9. The Court allowed Plaintiff 30 days from the date of that order to file an amended complaint curing the deficiencies of Plaintiff's claims against the Las Vegas Metropolitan Police Department and UMC. *Id.* at 5. The Court specifically stated that, if Plaintiff chose not to file an amended complaint, the action would proceed on his Fourth and Fourteenth Amendment claims against the individual defendants. *Id.* Plaintiff has not filed an amended complaint. *See* Docket. Pursuant to the screening order, this action shall therefore proceed solely on Plaintiff's Fourth and Fourteenth Amendment claims against the individual defendants.

## II.   CONCLUSION

For the foregoing reasons, IT IS ORDERED that, pursuant to the Court's screening order at Docket No. 9, this action shall proceed on Plaintiff's Fourth and Fourteenth Amendment claims against Defendants Beck, Escartin, Holloway, Laurenco, Rich, Porter, and Thomas.

IT IS FURTHER ORDERED that the Clerk of Court **SHALL ISSUE** summonses for Defendants Beck, Escartin, Holloway, Laurenco, Rich, Porter, and Thomas, **AND DELIVER THE SAME**, to the U.S. Marshal for service.  The Clerk **SHALL SEND** to Plaintiff **seven (7)** USM-285 forms.  The Clerk also **SHALL SEND** a copy of the complaint (Docket No. 1-1) and a copy of this order to the U.S. Marshal for service on Defendant(s).  Plaintiff shall have **thirty (30) days** within which to furnish to the U.S. Marshal the required USM-285 forms with relevant information as to each Defendant on each form. Within **twenty (20) days** after receiving from the U.S. Marshal a copy of the USM-285 forms showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying which Defendant(s) were served and which were not served, if any.  If Plaintiff wishes to have service again attempted on an unserved Defendant(s), then a motion must be filed with the Court identifying the unserved Defendant(s) and specifying a more detailed name and/or address for said Defendant(s), or whether some other manner of service should be attempted.

**IT IS FURTHER ORDERED** that, henceforth, Plaintiff shall serve upon Defendants or, if appearance has been entered by counsel, upon the attorney(s), a copy of every pleading, motion or other document submitted for consideration by the Court.  Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the Defendants or counsel for the Defendants.  The Court may disregard any paper received by a district judge or magistrate judge which has not been filed with the clerk, and any paper received by a district judge, magistrate judge or the clerk which fails to include a certificate of service.

DATED: March 29, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge

2