# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MANUEL RAMOS-RODRIGUEZ,

Plaintiff(s),

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

Defendant(s).

Case No. 2:15-cv-01212-GMN-NJK

**O R D E R**

On March 29, 2017, the Court issued an order directing that this action would proceed only on Plaintiff's Fourth and Fourteenth Amendment claims against Defendants Beck, Escartin, Holloway, Laurenco, Rich, Porter, and Thomas because the Court believed that Plaintiff had not filed an amended complaint. Docket No. 10. It has now come to the Court's attention that Plaintiff did indeed file an amended complaint but, due to an administrative error, the Clerk's Office initially opened a separate case. Plaintiff's amended complaint has now been properly docketed in this action. Docket No. 13.

Accordingly, the Court hereby reconsiders its order at Docket No. 10 *sua sponte*. *Cf. United States v. Martin*, 226 F.3d 1042, 1049 (9th Cir. 2000) (courts have authority to reconsider non-final orders *sua sponte*). The Court will therefore review Plaintiff's amended complaint and will issue a separate screening order accordingly.

IT IS SO ORDERED.

DATED: April 17, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge