ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
NOEL E. EIDSMORE
Nevada Bar No. 7688
Noel.Eidsmore@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
Las Vegas Metropolitan Police Officers: Alyn Beck, Garrett Escartin, Kelly Holloway, Antonio Laurenco, Brian Rich, Harrison Porter, Richard Thomas, CCDC Sergeant Jesse Reynolds

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| MANUEL RAMOS RODRIGUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITIAN POLICE DEPARTMENT, ET AL. BECK, ALYN – LVMPD #7459; ESCARTIN, GARRETT – LVMPD # 9496; HOLLOWAY, K – LVMPD #10146; LAURENCO, ANTONIO – LVMPD#5198; RICH, BRIAN - LVMPD #14300; PORTER, H – LVMPD # 14086; THOMAS, RICHARD – LVMPD P# 9658; LOMBARCO, JOE – LVMPD – SHERIFF; MCMAHILL, KEVIN – LVMPD- UNDER SHERIFF, REYNOLDS, LVMPD-CCDC-SERGEANT, BROWDER, TIMOTHY – IMC- HOSPITAL PHYSICIAN; DR. DURAN –CCDC NAPHCARE – PHYSICIAN; DR. ZINSER – CCDC – NAPHCARE – PHYSICIAN, JOHN DOE – CCDC CHIEF MEDICAL ADMINISTRATOR;<br><br>Defendants. | CASE NO. 2:15-cv-1212-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(SECOND REQUEST)** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case ninety (90) days, up to and including Monday, April 9, 2018. In addition, the parties request that

4847-4712-8666.1

the dispositive motions and pretrial order deadlines be extended for an additional ninety (90) days as outlined herein. In support of this Stipulation and Request, the parties state as follows:

1. On May 23, 2017, Plaintiff filed his Second Amended Civil Rights Complaint in the United States District Court, Clark County, Nevada.

2. On August 8, 2017, Defendants filed their Answer to Plaintiff's Second Amended Civil Rights Complaint with Federal Court.

3. On November 13, 2017, Defendants served their Initial Disclosure of Documents and Witnesses on Plaintiff.

4. On December 7, 2017, Defendants served written discovery on Plaintiff. Plaintiff's responses are due on January 10, 2018.

**DISCOVERY REMAINING**

1. Defendants will take the deposition of Plaintiff in January or February 2018.

2. The parties will complete all written discovery.

3. Defendants will collect Plaintiff's medical and billing records related to medical treatment following the incident, as well as medical records for medical treatment Plaintiff underwent prior to the subject incident.

4. The parties will take the depositions of Plaintiff's medical providers once Defendant is able to obtain the medical records.

5. The parties will take the depositions of any and all other witnesses garnered through discovery.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery.

**WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED**

The parties have been compiling documents and investigating the instant action. The parties are actively engaged in written discovery and will proceed with the necessary case depositions.

Counsel for Defendants has been occupied in preparing Motions for Summary Judgment in

4847-4712-8666.1            2

Donell Bryant v. Officer Donohue, et al., 2:16-cv-1172-GMN-PAL and Terry Hollis v. NLVPD, 2:16-cv-2663-JAD-GWF. Counsel for Defendants has also been occupied preparing briefs after three labor arbitration hearings involving numerous law enforcement witnesses.

Extension or Modification of The Discovery Plan and Scheduling Order. LR 26-4 governs modifications or extension of this discovery plan and scheduling order. Any stipulation or motion must be made no later than twenty-one (21) days before the expiration of the subject deadline, and comply fully with LR 26-4.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines.

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | Monday, February 12, 2018 | Monday, May 14, 2018 |
| Amendment to Pleadings | Thursday, January 11, 2018 | Closed |
| Interim Status Report | Thursday, December 14, 201, or not later than sixty (60) days before discovery cutoff | Closed |
| Expert Disclosure pursuant to Fed R. Civ. P. 26 (a)(2) | Thursday, December 14, 2017, or at least sixty (60) days before discovery cutoff | Closed |
| Rebuttal Expert Disclosure pursuant to Fed. R. Civ. P. 26(a)(2) | Tuesday, January 16, 2018, or at least thirty (30) days after the initial date for disclosure of expert witnesses | Closed |
| Dispositive Motions | Wednesday, March 14, 2018, or at least thirty (30) days after the close of discovery | Tuesday, June 12, 2018, or at least thirty (30) days after the close of discovery |
| Joint Pretrial Order | Friday, April 13, 2018, or at least thirty (30) days after the decision of last Dispositive Motions | Thursday, July 12, 2018, or at least thirty (30) days after the decision of last Dispositive Motions |

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery in this case and adequately prepare their respective cases for trial.

This is the second request for extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons and good cause for the short

extension.

WHEREFORE, the parties respectfully request that this Court extend the discovery period by ninety days (90) days from the current deadline of February 12, 2018 up to and including May 14, 2018 and the other discovery dates as outlined in accordance with the table above.

DATED this 19 day of January 2018.

LEWIS BRISBOIS BISGAARD & SMITH

Robert W. Freeman, Jr., Esq.
Nevada Bar No. 3062
Noel E. Eidsmore, Esq.
Nevada Bar No. 7688
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*

DATED this 13 day of January, 2018.

Manuel Ramos-Rodriguez
aka Julio Estrada Lopez
#1212984
Clark County Detention Center
Las Vegas, Nevada 89101
*Plaintiff in Proper Person*

### ORDER

IT IS SO ORDERED.

Dated this 22 day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE