# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MANUEL RAMOS-RODRIGUEZ *also known as* Julio Estrada Lopez,<br><br>  Plaintiff,<br><br>v.<br><br>BECK ALYN, *et al.*,<br><br>  Defendants. | Case No. 2:15-cv-01212-GMN-NJK<br><br>ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR MANUEL RAMOS-RODRIGUEZ, #1212984 2-J-13 |

The Court has scheduled a hearing,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of **MANUEL RAMOS-RODRIGUEZ *also known as* JULIO ESTRADA LOPEZ,** #1212984 2-J-13**,** before Chief United States District Judge Gloria M. Navarro at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about Friday, November 2, 2018, at the hour of 8:30 a.m., for a hearing and any further proceedings and from time to time and day to day thereafter, until excused by the Curt.

DATED: **October 17, 2018**.

_____
**GLORIA M. NAVARRO**
**CHIEF JUDGE, U.S. DISTRICT COURT**